

**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

Case Number: 2024-CAB-000358

Case Caption: Washington Metropolitan Area Transit Authority v. Matthew Koppenhaven et al.

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Monday, 04/22/2024 | 9:00 AM | Remote Courtroom 205 |

**Please see attached instructions for remote participation.**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure 40-III, it is hereby ORDERED as follows:

1) This case is assigned to the Debt Collection Calendar. All future filings in this case shall bear the calendar number and judge's name as Debt Collection Judge, along with the case number, in the caption.

2) Within 90 days after the filing of the complaint, plaintiff must file proof that each defendant was served with a copy of the Summons, Complaint, Magistrate Judge Consent Form, and this Initial Order. If plaintiff does not file proof of service within 90 days or obtain an extension of this deadline, the complaint will be dismissed without prejudice as to any defendant for whom such proof of service has not been filed.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 12.

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

### To Join by Computer, Tablet, or Smartphone:

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb205

   Meeting ID: 129 814 7399

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

### Or to Join by Phone:

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

### Resources and Contact Information:

1) For best practices on how to participate in Webex Meetings, click here
   https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

## Accessibility and Language Access Information for Superior Court

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያነጋግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

## Is there anything that I should do before the day of the hearing?

- 📞 Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

    Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

    DC Debt Collection Defense Hotline: (202) 851-3387

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:


202-879-1133

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## Tips for the Hearing

- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

## Is there anything that I should do before the day of the hearing?

- 📞 Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

    Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

    DC Debt Collection Defense Hotline: (202) 851-3387

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
## (Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.



The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm**.

**The remote site locations are:**



If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

***Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov



Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm.**

Los centros de acceso remoto son:



Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto. Si** necesita adaptaciones especiales, como un intérprete para la audiencia, llame

al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

*Cuando concurra al sitio programado debe llevar los siguientes artículos*

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

Información de contacto para programar su estación de computadora de acceso remoto:
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

02/05/2024 12:47:46 PM
Superior Court
of the District of Columbia

Washington Metropolitan Area Transit Authority
_____
                                         Plaintiff
                    vs.

District of Columbia National Guard            Case Number   **2024 CAB 000358**
_____
                                         Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Jason R. Engel**
Name of Plaintiff's Attorney

**Kiernan Trebach LLP**
Address
1233 20th Street NW, Suite 800, Washington, DC 20036

**202-712-7000**
Telephone

*Clerk of the Court*

By _____
                   Deputy Clerk

Date   February 5, 2024

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오     ኣስተርጓሚ ከፈልጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                         Super. Ct. Civ. R. 4



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante
           contra
                                                        Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                                        Por: _____
_____                                      Subsecretario
Dirección

_____                      Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오    ኣማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés<br/>See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                 Super. Ct. Civ. R. 4

01/19/2024 1:06:41 PM
Superior Court
of the District of Columbia

# IN THE SUPERIOR COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, <br> 300 7th St., SW, <br> Washington, D.C. 20024 <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW KOPPENHAVEN <br> 1369 Irving Street, NE <br> Washington, D.C. 20010 <br><br> AND <br><br> DISTRICT OF COLUMBIA NATIONAL GUARD <br> 2001 E Capitol St SE <br> Washington, D.C. 20003 <br><br> Defendants. | CASE NO.: |

## COMPLAINT

Plaintiff Washington Metropolitan Area Transit Authority ("WMATA"), by and through its undersigned counsel, brings this *Burnside* Complaint under precedent established in *WMATA v. Reid*, 666 A.2d 41, 46-48 (D.C. 1995) to recover foreseeable damages of its workers' compensation outlay resulting from a motor vehicle collision caused by Defendants, Matthew Koppenhaven ("Koppenhaven") and the District of Columbia National Guard ("National Guard"). The subject automobile accident was caused by Koppenhaven's negligence, which attaches to Defendant National Guard, because Defendant Koppenhaven was acting within the scope of his agency/employment with National Guard[1] and was operating National Guard's vehicle at the time

---

[1] As alleged below, Plaintiff also argues, in the alternative, that Defendant Koppenhaven was not working within the scope of his employment with the National Guard at the time of the incident and, is therefore, individually liable.

of the incident. WMATA states as follows:

## PARTIES

1. WMATA is a transit authority created by interstate compact among the District of Columbia, the State of Maryland, and the Commonwealth of Virginia, which was approved by Congress. WMATA's headquarters is in Washington, D.C.

2. Matthew Koppenhaven is an adult resident of the District of Columbia.

3. The National Guard is a branch of the United States National Guard and is based in the District of Columbia.

## JURISDICTION AND VENUE

4. This Court has jurisdiction, and venue is proper, pursuant to D.C. Code Ann. §§ 11-921 and 13-423 because the tortious acts occurred within the District of Columbia between a District of Columbia resident, a District of Columbia military entity, and a bus owned by a transit authority headquartered in the District of Columbia.

## FACTUAL BACKGROUND

5. On or about January 21, 2021, Metrobus # 6128 (the "Bus") was stopped westbound on Minnesota Avenue SE, approximately 20 feet west of 31st Street SE DC in the curb lane.

6. At the same time and place, Defendant Kopppenhaven was driving a white, 2-door Blue Bird bus owned by the U.S. Army (the "Blue Bird") westbound on Minnesota Avenue SE in the lane second from the left.

7. While WMATA Operator Angela Battle was servicing the Bus in the curb lane, the Blue Bird's passenger-side mirror struck the driver's side rear corner panel of the Bus.

8. The motor vehicle collision was caused solely and proximately by negligent acts and omissions attributable to Defendants without any contributory fault on the part of the

WMATA's bus operator.

9. More specifically, Defendant Koppenhaven caused the collision, because he failed to obey traffic laws, failed to yield to a vehicle with the right of way, failed to maintain a proper lookout, failed to maintain proper control of his vehicle, failed to pay full time and attention to the operation of his vehicle, failed to operate his vehicle at a controlled speed necessary to avoid striking a bus, and failed to apply his brakes in a timely manner to avoid striking the Bus.

10. At the time of the collision, Defendant Koppenhaven was operating the Blue Bird owned by the National Guard, and Defendant Koppenhaven was as acting within the scope of his authority as an agent or employee of the National Guard.

11. Alternatively, at the time of the accident Defendant Koppenhaven was acting outside the scope of his employment with the National Guard.

12. As a direct and proximate result of the collision caused by Defendant Koppenhaven's negligence, WMATA's bus operator, Angela Battle, sustained serious, permanent personal injuries, and suffered other damages, including lost wages.

13. On or about November 28, 2022, the Office of Workers' Compensation issued a Final Order of Compensation, pursuant to a Joint Petition filed by the Claimant and the Employer/Insurer, finding that the Claimant sustained a 3% disability to her left leg, resulting in a lump sum payment of $6,638.33 less attorney fees and costs. Prior to that, WMATA made voluntary worker's compensation benefits payments to Ms. Battle, with the first of those payments occurring on or about February 3, 2021.

14. As a direct and proximate result of said motor vehicle collision, WMATA suffered foreseeable damages of workers' compensation payments to, or on behalf of, its injured bus operator, Angela Battle. To date, WMATA has incurred a workers' compensation outlay of at least

$19,756, and anticipates a further obligation of permanent total disability payments in excess of $50,000.

## COUNT I: NEGLIGENCE
## (against Koppenhaven)

15. WMATA reasserts and realleges paragraphs 1-14.

16. At the time of the accident, Defendant Koppenhaven was operating the Blue Bird as an agent of, and for the benefit of, National Guard.

17. Alternatively, at the time of the accident, Defendant Koppenhaven was operating the Blue Bird outside the scope of his employment with the National Guard.

18. Defendant Koppenhaven owed a duty of care to WMATA, to operate the Blue Bird in a proper fashion with the degree of care and skill that a reasonably competent driver would have exercised in similar circumstances.

19. Defendant Koppenhaven breached his duty of care by operating his vehicle in an unreasonably unsafe manner and causing the collision with the Bus, which was clearly stopped in the curb lane of Minnesota Avenue.

20. As a direct and proximate result of Defendant Koppenhaven's negligence, WMATA's bus operator, Angela Battle, sustained serious, permanent bodily injuries and suffered other damages, including lost wages.

21. As a further direct and proximate result of the negligent acts and omissions attributable to both Defendants, WMATA suffered financial damages, including the foreseeable obligation to pay workers' compensation benefits to or on behalf of its bus operator, Angela Battle. To date, WMATA has incurred a workers' compensation outlay of at least $19,756, and anticipates a further obligation of permanent total disability payments in excess of $50,000.00 as a result of Defendants' negligence.

22. The above injuries and damages were caused solely by Defendant Koppenhaven, and without any fault or want of due care on the part of WMATA.

**WHEREFORE**, Plaintiff WMATA prays this Honorable Court enter judgment against Defendant Koppenhaven, in an amount to be proven at trial, but not less than $19,756, plus costs, allowable interest, and any such other and further relief that this Court deems just and proper.

## COUNT II: VICARIOUS LIABILITY
### (against National Guard)

23. WMATA reasserts and realleges any and all allegations contained in paragraphs 1 through 10, 12 through 15, and 17 through 21 of this Complaint as if fully set forth herein.

24. At all material times, Defendant Koppenhaven owed a duty of care to WMATA, to operate the Blue Bird in a proper fashion with the degree of care and skill that a reasonably competent driver would have exercised in similar circumstances.

25. At all material times, Defendant Koppenhaven was acting within the course and scope of his agency and/or employment with National Guard.

26. Therefore, as the employer/principal of Defendant Koppenhaven, Defendant National Guard is vicariously liable for the negligence of its employee and/or agent, Defendant Koppenhaven.

27. As a direct and proximate cause of Defendant National Guard's vicarious liability for Defendant Koppenhaven's negligence, WMATA suffered financial damages, including the foreseeable obligation to pay workers' compensation benefits to or on behalf of its bus operator, Angela Battle. To date, WMATA has incurred a workers' compensation outlay of at least $19,756, and anticipates a further obligation of permanent total disability payments in excess of $50,000.00 as a result of Defendants' negligence.

28. The above injuries and damages were caused solely by Defendant Koppenhaven

5

(and Defendant National Guard via vicarious liability), and without any fault or want of due care on the part of WMATA.

**WHEREFORE**, Plaintiff WMATA prays this Honorable Court enter judgment against Defendant National Guard, in an amount to be proven at trial, but not less than $19,756, plus costs, allowable interest, and any such other and further relief that this Court deems just and proper.

### COUNT III: SUBROGATION
### (against Koppenhaven and the National Guard)

29. Plaintiff hereby incorporates and adopts by reference paragraphs 1 through 28 as if set forth in their entirety.

30. WMATA suffered financial damages, including the foreseeable obligation to pay workers' compensation benefits to or on behalf of its bus operator, Angela Battle. To date, WMATA has incurred a workers' compensation outlay of at least $19,756, and anticipates a further obligation of permanent total disability payments in excess of $50,000.00 as a result of Defendants' negligence.

31. The damages to WMATA were foreseeable.

32. WMATA is subrogated to the claims of its employee, Angela Battle, against the Defendants.

33. As a result of the negligence of Defendants, Angela Battle is entitled to recover from Defendant amounts incurred for medical treatment, indemnity benefits, and other damages.

34. As a result of Angela Battle's acceptance of workers' compensation benefits, Angela Battle's right to recover damages from the Defendants has been assigned (subrogated) to WMATA.

35.     Plaintiff further states that the damage was caused solely by the actions of the Defendants, without any negligence on the part of Angela Battle thereunto contributing.

**WHEREFORE**, Plaintiff WMATA prays this Honorable Court enter judgment against Defendant National Guard and Koppenhaven, jointly and severally, in an amount to be proven at trial, but not less than $19,756, plus costs, allowable interest, and any such other and further relief that this Court deems just and proper.

Respectfully submitted,

**KIERNAN TREBACH LLP**

/s/ Jason R. Engel
Jason R. Engel, Esquire (Bar No. 480893))
Andrew S. Bassan, Esquire (Bar No. 1044744)
1233 20th Street, NW, Suite 800
Washington, D.C. 20036
T: (202) 712-7000
F: (202) 712-7100
jengel@kiernantrebach.com
abassan@kiernantrebach.com
*Attorney for Defendant Washington Metropolitan Area Transit Authority*

## JURY DEMAND

Plaintiff requests a jury demand for all of the above claims.

/s/ Jason R. Engel
Jason R. Engel, Esquire

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

| | |
|---|---|
| Washington Metropolitan Area Transit Authority<br>Plaintiff(s) | Case Number: _____ |
| vs | Date: January 19, 2024 |
| Matthew Koppenhaven and DC National Guard<br>Defendant(s) | ☐ One of the defendants is being sued in their official capacity. |

Name: *(Please Print)* Jason Engel
Firm Name: Kiernan Trebach
Telephone No.: (202) 712-7000
DC Bar No.: 480893

Relationship to Lawsuit
☑ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE:  ☐ Non-Jury    ☐ 6 Person Jury    ☑ 12 Person Jury
Demand: $20.00    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____  Judge: _____  Calendar #: _____
Case No.: _____  Judge: _____  Calendar #: _____

NATURE OF SUIT:  (Check One Box Only)

**CONTRACT**
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☑ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ FRIENDLY SUIT
- ☐ HOUSING CODE REGULATIONS
- ☐ QUI TAM
- ☐ STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-496/February 2023

# Information Sheet, Continued

| CIVIL ASSET FORFEITURE | TORT | |
|---|---|---|
| ☐ Currency | ☐ Abuse of Process | |
| ☐ Other | ☐ Assault/Battery | |
| ☐ Real Property | ☐ Conversion | |
| ☐ Vehicle | ☐ False Arrest/Malicious Prosecution | |
| **NAME CHANGE/VITAL RECORD AMENDMENT** | ☐ Libel/Slander/Defamation | |
| ☐ Birth Certificate Amendment | ☑ Personal Injury | |
| ☐ Death Certificate Amendment | ☐ Toxic Mass | |
| ☐ Gender Amendment | ☐ Wrongful Death (Non-Medical Malpractice) | |
| ☐ Name Change | | |

| GENERAL CIVIL | | STATUTORY CLAIM |
|---|---|---|
| ☐ Accounting | ☐ Product Liability | ☐ Anti-SLAPP |
| ☐ Deceit (Misrepresentation) | ☐ Request for Liquidation | ☐ Consumer Protection Act |
| ☐ Fraud | ☐ Writ of Replevin | ☐ Exploitation of Vulnerable Adult |
| ☐ Invasion of Privacy | ☐ Wrongful Eviction | ☐ Freedom of Information Act (FOIA) |
| ☐ Lead Paint | **CIVIL I/COMPLEX CIVIL** | ☐ Other |
| ☐ Legal Malpractice | ☐ Asbestos | **TAX SALE FORECLOSURE** |
| ☐ Motion/Application Regarding Arbitration Award | **MORTGAGE FORECLOSURE** | ☐ Tax Sale Annual |
| ☐ Other - General Civil | ☐ Non-Residential | ☐ Tax Sale Bid Off |
| | ☐ Residential | |

**VEHICLE**
☐ Personal Injury       ☐ TRAFFIC ADJUDICATION APPEAL
☐ Property Damage       ☐ REQUEST FOR FOREIGN JUDGMENT

_/s/ Jason Engel_
Filer/Attorney's Signature

1/19/24
Date

CV-496/February 2023